```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

CONSTRUCTION SERVICES, INC.                            PLAINTIFF

VS.                               CIVIL ACTION NO. 4:06CV126LS

REGENCY HOSPITAL COMPANY AND
REGENCY HOSPITAL OF JACKSON, LLC                     DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, it is ordered that plaintiff's complaint in this cause is dismissed.

SO ORDERED this 7th day of November, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE